UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

RONNELL LEVATTE

Case Number: 2:96-cr-76-FtM-29DNF

USM Number: 19333-018

Huntley Johnson, Jr., Retained
P. O. Box 1322
Gainesville, Florida 32602

JUDGMENT IN A CRIMINAL CASE
For Revocation of Supervised Release

The defendant admitted guilt to violation charge number(s) One, Two, Three & Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct: Shooting into an Occupied Building, occurring on July 2, 2006 while on supervision in violation of the conditions of supervision. | July 2, 2006 |
| Two | New criminal conduct: Possession of a Firearm by a Convicted Felon, occurring on July 2, 2006 while on supervision in violation of the conditions of supervision. | July 2, 2006 |
| Three | Possession of a Firearm, ammunition or a destructive device in violation of the conditions of supervision. | July 2, 2006 |
| Four | Travel outside the district without permission: The defendant traveled to Gainesville, Florida, outside the Middle District of Florida, without the permission of his probation officer as evidenced by his arrest in Gainesville, Florida. | July 2, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

8/30/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

August 30, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

RONNELL LEVATTE  Page 2 of 3
2:96-cr-76-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **27 Months**.

The Court recommends to the Bureau of Prisons:

1. The Court does not oppose retroactive designation by the Bureau of Prisons of the state facility as of 7/6/06 where the defendant was incarcerated in Alachua County Circuit Court, Gainesville, Florida, Docket # 1-2006-CF-003156-A.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE

Supervised Release is REVOKED and NOT REIMPOSED.

AO 245B (Rev. 6/05) Judgment in a Criminal Case